IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gary Null & Associates, Inc. ) | |
| Plaintiff ) | |
| v. ) | |
| Pacifica Foundation, Inc, Berthold Reimers, ) | CIVIL ACTION NO: :16-CV-241-DLI-VMS |
| Lydia Brazon, John Gladney Proffitt, Margy ) | |
| Wilkinson, Mitchell Cohen ) | NOTICE OF VOLUNTARY DISMISSAL |
| ) | PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |
| Defendants ) | |
| ) | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Gary Null & Associates, Inc., through its counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against all the defendants.

GARY NULL & ASSOCIATES INC.

By: _/s/ Neal S. Greenfield_

Neal S. Greenfield (NG4326)
Attorney for Plaintiff

Neal S. Greenfield, Esq.
2830 Ocean Parkway, #21G
Brooklyn, NY 11235
Phone: (347) 263-4953
Email: nealgreenfieldesq@gmail.com

Dated: March 25, 2016